# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

EDWARD BARFIELD,
Plaintiff,

vs.

JOHN DOE, et al.,
Defendants.

Civil Action No. 1:16-cv-1149
Black, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff Edward Barfield's motion to notify the Court of his current incarceration status, which the Court construes as a motion for a further extension of time to file a response to defendants' motion for summary judgment. (Doc. 31). Plaintiff's motion is **GRANTED**. Plaintiff shall have until **April 23, 2018** to file a response to defendants' motion for summary judgment (Doc. 26).

**IT IS SO ORDERED**.

Date: 3/21/18

Karen L. Litkovitz
United States Magistrate Judge