UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EDWARD BARFIELD,<br>Plaintiff,<br><br>vs.<br><br>JOHN DOE, *et al.*,<br>Defendants. | Case No. 1:16-cv-1149<br><br>Judge Timothy S. Black<br><br>Magistrate Judge Karen L. Litkovitz |

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATION (Doc. 37)
### OF THE UNITED STATES MAGISTRATE JUDGE
### AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on July 31, 2018, submitted a Report and Recommendation (Doc. 37). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 37) is **ADOPTED**;

2. This action is **DISMISSED** without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b);

3. Pursuant to 28 U.S.C. § 1914(a)(3), an appeal of this Court's Order would not be taken in good faith; and

4. The Clerk shall enter judgment accordingly, whereupon this case is terminated in this Court.

**IT IS SO ORDERED.**

Date: 8/22/18

*T. Black*
Timothy S. Black
United States District Judge